# Court of Appeals, State of Michigan

## ORDER

The Detroit Edison Company v Ralph Stenman

Docket No.    321203

LC No.    2012-128816 CZ

Patrick M. Meter
Presiding Judge

Mark J. Cavanagh

Kurtis T. Wilder
Judges

The Court orders that the July 14, 2015 opinion is hereby AMENDED to remove footnote 9.

In all other respects, the July 14, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 06 2016

Date

Chief Clerk